IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KATHY BROWN and
MARILYN JONES                                              PLAINTIFFS

vs.                              Case No. 4:19-cv-43

LITTLE ROCK SCHOOL DISTRICT,
A Public Body Corporate                                  DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this date, judgment is entered in favor of Defendant, and Plaintiffs' complaint is dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED this 3rd day of August, 2021.

                                             _____
                                             UNITED STATES DISTRICT JUDGE